**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Walter Arias, | Case No. 21-CV-01710 (PJS/KMM) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| FedEx Freight, Inc. | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on May 16, 2022  [ECF No. 21],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated:  May 16, 2022.

                                                    s/Patrick J. Schiltz
                                                    Judge Patrick J. Schiltz
                                                    U.S. District Court Judge